```
Thomas S. Boothe, WSBA No. 21759          Mr. Roger C. Cartwright, WSBA No. 20140
tsb@boothehouse.com                        roger.cartwright@comcast.net
7635 SW Westmoor Way                       Cartwright Law Offices
Portland, OR 97225-2138                    Suite F
Tele: 503.292.5800 (office)                803 39th Ave. SW
      503.292.5556 (fax)                   Puyallup, WA 98373-3692
                                           Tele: 253.845.2711
Attorney for Plaintiff                           253.845.2713 (fax)

                                           Attorney for Defendants Steigleder
```

[FILED / RECEIVED / LODGED stamp: DEC 13 2006, CLERK U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA]

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **RACHEL DELAPLAINE,** | |
| Plaintiff, | No. C05-5387-FDB |
| v. | **STIPULATED ORDER OF DISMISSAL** |
| **CITY OF VANCOUVER** and **JOHN STEIGLEDER** and **GEZELLE STEIGLEDER**, husband and wife, | |
| Defendants. | |

Plaintiff, by and through her attorney, Thomas S. Boothe, and defendants John Steigleder and Gezelle Steigleder, by and through their attorney, Roger C. Cartwright, hereby stipulate to the dismissal of this matter with prejudice and without costs to either party.

DATED this 9th day of December, 2006.

**IT IS SO STIPULATED:**

CARTWRIGHT LAW OFFICES

By: _/s/ Roger C. Cartwright_              _/s/ Thomas S. Boothe_
Roger C. Cartwright, WSBA 20140            Thomas S. Boothe, WSBA 21759
Attorney for Defendants Steigleder         Attorney for Plaintiff

IT IS SO ORDERED this 12 day of December, 2006.

_____
Judge

Page 1 - STIPULATED ORDER OF DISMISSAL

05-CV-05387-ORD